PHILLIP A. TALBERT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendants Small Business Administration and
Isabel Guzman, Administrator

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIKA WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION AND ISABEL GUZMAN, <br><br> Defendants. | CASE NO. <br><br> **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that the above-captioned case is hereby removed from the Superior Court of the State of California, County of Madera, to this Court. The grounds for removal are as follows:

1. On October 27, 2022, plaintiff Tanika Williams filed a Complaint (the "Complaint") against Defendants United States Small Business Administration and Isabel Guzman, Administrator of the SBA, in the Superior Court of California, County of Madera, Case No. MCV087934 (the "State Court case"). A copy of the Complaint and state court docket is attached as **Exhibit A.** The Complaint asserts a breach of contract but provides no details, or even a demand.

2. The above-captioned case must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil action commenced in State court against an agency of the United States of America and an officer of an agency.

3. No trial has been held in this case.

1

4. The United States still has not been properly served with the Summons and Complaint in this matter. Plaintiff has not served the U.S. Attorney's Office or the U.S. Attorney General. *See* Fed. R. Civ. P. 4(i)(1)(A).

5. No bond is required pursuant to 28 U.S.C. § 2408.

WHEREFORE, the above-captioned pleading in the Superior Court of the State of California, County of Madera, Case No. MCV087934, is hereby removed to the United States District Court for the Eastern District of California.

Dated: February 1, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: */s/ Brodie M. Butland*
BRODIE M. BUTLAND
Assistant United States Attorney

Attorneys for Defendant

2