# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANIKA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00159-JLT-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 2, 3, 5) |

On October 27, 2022, Plaintiff Tanika Williams, proceeding *pro se*, filed a complaint against Defendants United States Small Business Administration ("SBA"), and Isabel Guzman, Administrator of the SBA (collectively "Defendants"), in the Superior Court of California, County of Madera, Case No. MCV087934. (ECF No. 1-1 at 2.) On February 1, 2023, the action was removed to the United States District Court for the Eastern District of California. (ECF No. 1.) A scheduling conference is currently scheduled for April 20, 2023. (ECF No. 2.)

On February 23, 2023, the Court issued findings and recommendations that Defendants' motion to dismiss be granted for lack of service. (ECF No. 5.) On March 3, 2023, Plaintiff filed objections to the recommendation, and on March 15, 2023, Defendants filed a response to the objections. (ECF Nos. 6, 7.) The findings and recommendations and Plaintiff's objections thereto are currently pending consideration by the District Judge. Therefore, the Court shall continue the scheduling conference to allow for adjudication of the pending motion to dismiss

and findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for April 20, 2023, is continued to **July 18, 2023, at 2:30 p.m.**; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **April 11, 2023**

UNITED STATES MAGISTRATE JUDGE